IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES ELDON BENSON,                              CV. 03-1088-KI

       Petitioner,                                     ORDER

   v.

JEAN HILL,

       Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss (#46) is GRANTED. This proceeding is DISMISSED, without prejudice. All pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this   13th   day of June, 2005.

                                           /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge